HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RUSSELL INVESTMENTS, in its capacity as the Plan Administrator and fiduciary of the Frank Russell Company Employee Medical Plan,

Plaintiff,

vs.

Brian Pringle, as natural parent and legal guardian of OCP, AEP, and GJP, minors, by and through their guardian ad litem DAVID ROTH; and GROFF MURPHY as trustee of the settlement funds,

Defendants.

Case No.: 2:18-cv-00604-RAJ

[PROPOSED] ORDER GRANTING PLAINTIFF RUSSELL INVESTMENTS' MOTION TO AMEND COMPLAINT

This matter comes before the Court on Plaintiff's motion to amend the complaint. Dkt. # 12. Defendants have not filed an objection to the motion, and Plaintiff has indicated that Defendants do not object. *Id*. at 3. In light of Defendants' lack of opposition and the standards outlined in Federal Rule of Civil Procedure 15(a)(2), the Court **GRANTS** Plaintiff's motion. Dkt. # 12.

DATED this 7th day of August, 2018.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

[PROPOSED] ORDER GRANTING MOTION TO AMEND COMPLAINT - 1
(No. 2:18-cv-00604-RAJ)

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
800 Fifth Avenue, Suite 4100 | Seattle, WA 98104
Phone: 206-693-7057 | Fax: 206-693-7058